UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD YOUNAS MALIK, et al., | Case No. 2:24-cv-01093-JAM-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

On February 4, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed February 5, 2025, are **ADOPTED**;

  2. Defendants' motion to compel arbitration, ECF No. 11, is **GRANTED**, and plaintiff Malik is compelled to arbitrate his claims;

  3. Defendants' motion to stay, ECF No. 14, is **GRANTED**, and this case is **STAYED** pending arbitration of Malik's claims;

  4. Defendants' motion for a show cause order, ECF No. 13, is **DENIED** without prejudice; and

  5. This matter is **REFERRED BACK** to the assigned magistrate judge for all further pretrial matters.

Dated: February 26, 2025    /s/ John A. Mendez
            THE HONORABLE JOHN A. MENDEZ
            SENIOR UNITED STATES DISTRICT JUDGE