UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD YOUNAS MALIK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-1093-JAM-JDP (PS) <br><br> ORDER |

The court previously granted defendants' motion to compel arbitration and stayed this action pending resolution of the arbitration proceedings. ECF No. 37. Pursuant to that order, the parties are hereby ORDERED to file a status report by November 11, 2025, and every sixty days thereafter, apprising the court of the status of arbitration.

IT IS SO ORDERED.

Dated:   September 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE