Muhammad Younas Malik, *In Pro Per*
1401 Arena Drive
Davis, CA 95618
*Self-Represented Plaintiff*

Nazia Jabeen Iqbal, *In Pro Per*
1401 Arena Drive
Davis, CA 95618
*Self-Represented Plaintiff*

-AND-

Victoria L. Weatherford (SBN 267499)
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: vweatherford@bakerlaw.com

Kevin P. Zimmerman (*pro hac vice*)
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: 614.462.2605
Facsimile: 614.462.2616
Email: ahaque@bakerlaw.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD YOUNAS MALIK and NAZIA JABEEN IQBAL | Case No.: 2:24-cv-01093-JAM-JDP |
| Plaintiffs, | |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, AMCO INSURANCE COMPANY, and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY | **JOINT STIPULATION OF DISMISSAL** |
| AND DOES 1 THROUGH 10, | |
| Defendants. | |

007767.000052\4899-8662-2882.2

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Muhammad Younas Malik and Nazia Jabeen Iqbal, and Defendants Nationwide Mutual Insurance Company, Nationwide Insurance Company of America, AMCO Insurance Company, and Allied Property and Casualty Insurance Company, hereby stipulate to the dismissal of this action with prejudice.  The Parties further stipulate that each party will bear its own costs and attorneys' fees.

Dated:  April 16, 2026

Respectfully submitted,

/s/ *Victoria L. Weatherford*
Victoria L. Weatherford (SBN 267499)
Kevin P. Zimmerman (admitted *pro hac vice*)
BAKER & HOSTETLER LLP

*Attorneys for Defendants*

/s/ *Muhammad Younas Malik*
Muhammad Younas Malik, *In Pro Per*
1401 Arena Drive
Davis, CA 95618

*Self-Represented Plaintiff*

/s/ *Nazia Jabeen Iqbal*
Nazia Jabeen Iqbal, *In Pro Per*
1401 Arena Drive
Davis, CA 95618

*Self-Represented Plaintiff*

JOINT STIPULATION OF DISMISSAL
Case No.: 2:24-cv-01093-JAM-JDP

007767.000052\4899-8662-2882.2

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MUHAMMAD YOUNAS MALIK and NAZIA JABEEN IQBAL | ) ) | Case No.: 2:24-cv-01093-JAM-JDP |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER DISMISSING CASE WITH** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, AMCO INSURANCE COMPANY, and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY AND DOES 1 THROUGH 10, | ) ) ) ) ) ) ) | **PREJUDICE** |
| Defendants. | ) ) ) ) | |

## **ORDER**

Pursuant to the Parties' Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stay previously imposed is hereby **LIFTED** and this action is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own costs and attorneys' fees.

The Clerk of Court is **DIRECTED** to terminate all pending motions and deadlines and **CLOSE** this action.

**IT IS SO ORDERED.**

Dated: April 24, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE